■ STEEL STRUCTURES CORPORATION et al., Respondent-Appellants, v NORTHBROOK PROPERTY & CASUALTY INSURANCE COMPANY et al., Appellants-Respondents. [643 NYS2d 334] —Judgment, Supreme Court, New York County (Martin Evans, J.), entered February 6, 1995, unanimously affirmed for the reasons stated by Evans, J., without costs and disbursements. No opinion. Concur—Rosenberger, J. P., Wallach, Kupferman, Ross and Williams, JJ.